IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CV-00194

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>316,608.629433 USDT VIRTUAL CURRENCY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | COMPLAINT FOR FORFEITURE *IN REM* |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, states as follows:

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(l)(C) providing for the forfeiture of property which constitutes or is derived from proceeds traceable to any offense constituting "specified unlawful activity" as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1) or a conspiracy to commit such offense, including violations of 18 U.S.C. §§ 1343 and 1349 (Wire Fraud and Conspiracy to Commit Wire Fraud).

2. This Court has subject matter jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355(a). The Court has *in rem* jurisdiction by virtue of 28 U.S.C. § 1355(b). Venue in this district is proper by virtue of 28 U.S.C. §§ 1355(b)(1)(A) and/or 1395.

3. The defendant is 316,608.629433 USDT virtual currency.

4. The defendant was seized from the following unhosted Tether cryptocurrency wallet and brought into government custody pursuant to a federal seizure warrant on January 16, 2025:

| | Seized Wallet Addresses | Amount Received (USDT) |
|---|---|---|
| a | 0x6f9ede43ee7DA8C1ADF4A07a562D5720b871960D | 316,608.629433 |

Custody of the defendant is currently located in a single unhosted wallet controlled by the United States Department of the Treasury, within the jurisdiction of this Court.

5. There are no known potential claimants in this action.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant are contained in Exhibit A, Declaration of Timothy Williams, Senior Special Agent with the United States Secret Service, which is attached hereto and incorporated herein by reference. Such facts constitute probable cause for the seizure, arrest, and forfeiture of the defendant property and are sufficient to support a reasonable belief that the government will meet its burden of proof at trial that the defendant property should be forfeited.

7. The defendant is forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(l)(C).

WHEREFORE, in accordance with Supplemental Rule G(3)(b)(i), the plaintiff requests that the Clerk issue a warrant of arrest *in rem* for the

defendant; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted this 14th day of April, 2025.


DANIEL P. BUBAR
Acting United States Attorney

BY: /s/ *Katherine A. King*
KATHERINE A. KING
Assistant United States Attorney
Attorney for Plaintiff
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: katie.king@usdoj.gov
NC State Bar No. 44525

# VERIFICATION

I, Timothy Williams, Senior Special Agent of the United States Secret Service (USSS), declare under the penalty of perjury, as provided by 28 U.S.C. § 1746, the foregoing Complaint for Forfeiture is based on reports and information by or furnished to me and, to the best of my information and belief, is true and correct.

This the 11TH day of April, 2025.

Timothy Williams
Senior Special Agent
United States Secret Service