IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CV-00194-M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | ENTRY OF DEFAULT |
| 316,608.629433 USDT VIRTUAL ) CURRENCY, ) | |
| Defendant. ) | |

Upon motion, request, and proper showing by the United States of America, default is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against the defendant, 316,608.629433 USDT Virtual Currency, and any potential claimants, none of whom have properly pled or otherwise defended within the time required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

So ordered, this the 4 day of November, 2025.

*[signature]*

PETER A. MOORE, JR., Clerk
U. S. District Court
Eastern District of North Carolina